**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>LESTER W HARRIS<br>LATINA C HARRIS<br>Debtor(s) | Case No. 17-10646 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/04/2017.

2) The plan was confirmed on 06/28/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/06/2018.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,025.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,025.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $715.89 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $189.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$905.20** |

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,345.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 366.00 | 488.00 | 488.00 | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,432.00 | 2,460.57 | 2,460.57 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | 4,000.00 | 14,560.92 | 14,560.92 | 2,095.93 | 579.47 |
| CREDIT ACCEPTANCE CORP | Unsecured | 3,141.00 | 6,282.46 | 6,282.46 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| CRESCENT BANK & TRUST | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHICAGO INSURANCE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS FINANCIAL SVC | Unsecured | 13,298.00 | 14,576.91 | 14,576.91 | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Unsecured | 10,537.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | NA | 4,285.59 | 4,285.59 | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | 46,328.00 | 45,116.13 | 49,401.72 | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,740.00 | 1,740.76 | 1,740.76 | 0.00 | 0.00 |
| METABANK | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION | Unsecured | 182.00 | 182.04 | 182.04 | 0.00 | 0.00 |
| NESTLE WATERS NORTH AMERICA I | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 558.00 | 163.39 | 163.39 | 0.00 | 0.00 |
| OLIVET NAZARENE UNIVERSITY | Unsecured | 2,265.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK DENTAL SPECIALIST | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 204.00 | 154.33 | 154.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 170.00 | 120.14 | 120.14 | 0.00 | 0.00 |
| SCOTTS LAWN SERVICE | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYRAPID CASH | Unsecured | 300.00 | 430.28 | 430.28 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,783.00 | 272.22 | 272.22 | 0.00 | 0.00 |
| TRANSIT MOTORS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 102,392.00 | 103,602.24 | 103,602.24 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 7,799.00 | 7,729.02 | 7,729.02 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,059.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Secured | NA | NA | 3,150.00 | 444.40 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $49,401.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,285.59 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,560.92 | $2,095.93 | $579.47 |
| All Other Secured | $3,150.00 | $444.40 | $0.00 |
| **TOTAL SECURED:** | **$71,398.23** | **$2,540.33** | **$579.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$138,202.36** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $905.20 |
| Disbursements to Creditors | $3,119.80 |
| **TOTAL DISBURSEMENTS :** | **$4,025.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/09/2018     By: /s/ Tom Vaughn
                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**